FILED
CLERK
12:54 pm, Nov 09, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                 :
MICHELLE TENZER-FUCHS,                    :    2:20-cv-03077-GRB-AYS
                                                 :
                    Plaintiff,            :
                                                 :    **NOTICE OF SETTLEMENT**
          -against-                     :
                                                 :
VITA-MAX CORPORATION.,                  :
                                               :
                                               :
                    Defendants.       :
-----------------------------------------------------------------x

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide notice to the Court that the present case has been settled in principle between Plaintiff and Defendant and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized amongst the parties. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

Dated:    Forest Hills, New York
            November 6, 2020

                                                        Respectfully submitted,

                                                        By: /s/*Jonathan Shalom*
                                                        Jonathan Shalom, Esq.

Jonathan@ShalomLawNY.com
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: (718) 971-9474
**ATTORNEYS FOR PLAINTIFF**

**ORDER DISMISSING CASE:** In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 60 days of this order, this dismissal shall deemed with prejudice.
Dated: 11/9/2020
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.